UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.         Case No.  07-cr-235-01-SM

Kelly Vietze

## O R D E R

Defendant Vietze's motion to continue the final pretrial conference and trial is granted  (document 15).   Trial has been rescheduled for the April 2008 trial period.   Defendant Vietze shall file a waiver of speedy trial rights not later than December 31  2007.    On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March 21, 2008 at 10:00 a.m.

**Jury Selection**:  April 1, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 18, 2007

cc:   Jonathan Saxe, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal