UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.         Case No.  07-cr-235-01-SM

Kelly Vietze

O R D E R

Defendant Vietze's motion to continue the final pretrial conference and trial is granted  (document 28).   Trial has been rescheduled for the June  2008 trial period.   Defendant Vietze shall file a waiver of speedy trial rights not later than April 4, 2008.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  May 20, 2008  at 3:00 p.m.

**Jury Selection**:  June 3, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

March 21, 2008

cc:   James W. Dennehy, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal